IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HOLLIHAN, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>PENNSYLVANIA, )<br>)<br>Respondent. | Civil Action No. 11 - 810<br><br>District Judge Arthur J. Schwab |

**MEMORANDUM ORDER**

On June 17, 2011, the above captioned case was initiated by the filing of a Motion for Leave to Proceed *In Forma Pauperis* accompanied by a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The magistrate judge filed a Report and Recommendation on September 22, 2011 (ECF No. 12) recommending that the Petition for Writ of Habeas Corpus be dismissed for lack of subject matter jurisdiction. On October 14, 2011, Petitioner filed Objections to the Report and Recommendation (ECF No. 14). Petitioner's objections do not undermine the recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

**AND NOW**, this 23rd day of November, 2011:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 12) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/   Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   Richard Hollihan, Jr.
      AJ-0676
      SCI Somerset
      1600 Walters Mill Road
      Somerset, PA 15510-0002